FENNEMORE CRAIG, P.C.
Shannon S. Pierce, NV Bar No. 12471
Wade Beavers, NV Bar No. 13451
7800 Rancharrah Parkway
Reno, Nevada  89511
Telephone:   (775) 788-2200
Facsimile:    (775) 786-5000
Email: spierce@fennmorelaw.com; wbeavers@fennemorelaw.com

*Attorneys for Defendant Klondex Gold & Silver Mining Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHEILA OBIETA, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>KLONDEX GOLD & SILVER MINING COMPANY, a domestic corporation; DOES I-X; ROE Corporations I-X,<br><br>   Defendants. | Case No. 2:20-CV-01993-JAD-EJY<br><br>**STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION SESSION** |

Pursuant to the Court's Order Scheduling Early Neutral Evaluation [ECF No 10], this matter is currently scheduled for the Early Neutral Evaluation session ("ENE") on February 17, 2021.  The parties have agreed to continue the session as lead counsel for Defendant, Ms. Pierce, is unable to attend due to an emergency medical issue.  The parties and their counsel of record are available March 24, 2020.

The Pre-ENE telephone conference is rescheduled for  March 23, 2021, at 3:00 PM. The conference is for counsel and Judge Weksler only.  To access the meeting, call 877-810-9415, access code "235998."

Each party's written evaluation statement is due March 17, 2021, at 4:00 PM. Written evaluations must be submitted to the Court's judicial clerk David Chavez at david_chavez@nvd.uscourts.gov.  Please see the Court's scheduling order for more details about the Court's requirements for the written evaluation.

**IT IS SO STIPULATED.**

DATED this 22nd day of February, 2021.

                                          FENNEMORE CRAIG, P.C.

                                        /s/ Shannon S. Pierce
                                        Shannon S. Pierce (Bar No. 12471)
                                        Wade Beavers (Bar No. 13451)
                                        7800 Rancharrah Parkway
                                        Reno, Nevada 89511
                                        Tel: (775) 788-2200
                                        Fax:  (775) 786-1177

                                        *Attorneys for Defendant Klondex Gold & Silver Mining Company*

                                        HKM EMPLOYMENT ATTORNEYS LLP

                                        /s/ Jenny L. Foley
                                        Jenny L. Foley, Ph.D., Esq.
                                        1785 East Sahara, Suite 300
                                        Las Vegas, NV 89104

                                        *Attorneys for Plaintiff Sheila Obieta*

IT IS SO ORDERED.

Dated this February 23, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

17829003.1

FENNEMORE CRAIG
ATTORNEYS
7800 Rancharrah Parkway
RENO, NEVADA 89511
(775) 788-2200